

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-19-00348-CV

Fernando **CORONA,** Jr.,
Appellant

v.

**ATTORNEY GENERAL STATE OF TEXAS,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 1997EM504318
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

In response to this court's order dated July 9, 2019, appellant has filed proof of payment of the fees for preparation of the clerk's record. In addition, appellant asserts he has requested court reporter Mary Wilson to file a reporter's record of the hearing conducted in the case on November 7, 2018, and has filed proof that the cost for preparation of that record has been paid.

We therefore **order** Bexar County District Clerk, Mary Angie Garcia, to file the clerk's record, and **order** court reporter Mary W. Wilson to file the reporter's record of the November 7, 2018 hearing. We order both records due **August 5, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court